## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

E. BROWN, INCORPORATED,

Debtor.

Case No. A05-00072-DMD

Chapter 11

**Filed On 4/4/06**

## MEMORANDUM REGARDING OBJECTION OF LEON KNOWLES

Leon Knowles has objected to confirmation of the debtor's Chapter 11 plan on vague and unsubstantiated grounds of fraud. Mr. Brown has effectively rebutted the factual allegations. Moreover, even if there was some merit to the allegations, they are dischargeable in a corporate reorganization proceeding. This case was filed prior to October 17, 2005. As such, a corporation's discharge in a Chapter 11 proceeding is pervasive. All debts, no matter how incurred, are discharged upon confirmation.[1] The objection of Leon Knowles has no factual or legal merit. It will be overruled.

DATED: April 4, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:    T. Timmermans, Esq.
          G. Spraker, Esq.
          P. Hallgrimson, Esq.
          J. Sleeper, Esq.
          S. Baker, Esq.
          U.S. Trustee
                4/4/06

---

[1] 8 COLLIER ON BANKRUPTCY, ¶ 1141.05[1][a] (15th Ed. 2005).